**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In Re:                                                                              **PRE-PETITION SERVICES**
                                                                                              **PURSUANT TO LOCAL**
Sue-Chuen-Ken, Arnold A. and Gomatte K.           **RULE 2017-1**
                                                    Debtor(s)
-----------------------------------------------------------X

David I. Pankin, duly admitted to practice law in this Court, states the following pursuant to Local Bankruptcy Rule 2017-1:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date/Time | Services |
|---|---|
| 5/7/2014- 1.0 Hours | Initial interview with debtor(s) regarding bankruptcy, analysis of financial condition, etc. |
| 5/22/2014-2/18/2015-3.75 Hours | Preparation of draft of bankruptcy petition, obtaining and reviewing documents, miscellaneous correspondence with debtor(s), and meetings with client(s). |
| 2/18/2015- .75 Hours | Meeting with debtor(s) to sign and review Chapter 7 bankruptcy petition. |
| 2/18/2015 – .5 Hours | Edit and filing of debtor(s)'s Chapter 7 bankruptcy petition with United States Bankruptcy court. |

3. That all services rendered prior to the filing of the petition herein were rendered by my firm.

4. The legal fee on this bankruptcy matter is $1500.00 and does not include the court fee and credit counseling course fee. The fee includes legal services that are going to be rendered for Loss Mitigation.

5. That to date, the debtor has paid the undersigned the sum of $1500.00 towards said services.

6. That my usual rate of compensation of bankruptcy matters of this type is $450.00 per hour.

7. The attorney will represent debtor at the 341 meeting.

Dated: 2/18/15

*/s/ David I. Pankin, Esq.*
DAVID I. PANKIN, ESQ.
Attorney for Debtor(s)
David I. Pankin, P.C.
48 Willoughby Street
Brooklyn, NY 11201
Tel: (718) 243-2444