EASTERN DISTRICT OF NEW YORK
STATE PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S):     Sue-Chuen-Ken, Arnold A. and Gomatte K.    CASE NO.:_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition , and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property or another estate under 11 U.S.C. § 541 (a).]

  X    NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

  ____  THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE : _____ DICTRICT/DIVISION :_____

CASE STILL PENDING (Y/N):____    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
                                            (Discharge/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPETY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:_____

_____


2. CASE NO.:_____ JUDGE :_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N): _____    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
                                            (Discharge/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____+|

REAL PROPERTY LISTED IN DEBTOR'S SCHEDUEL " A" ("REAL PROTERY") WHICH WAS ALSO LISTED
IN SCHEDULE "A" OF RELATED CASE:_____

_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.:_____ JUDGE:_____DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
                                     (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED    *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED
IN SCHEDULE "A" OF RELATED CASE:_____

_____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individual who have had prior cases dismissed within the preceding 180 days may not to be eligible debtors. Such an individuals will be required to file a statement to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_/s/_ _David I. Pankin, Esq._____          _____
Signature of Debtor's Attorney                       Signature of Pro Se Debtor/Petitioner

                                                     _____
                                                     Mailing Address of Debtor/Petitioner

                                                     _____
                                                     City, State, Zip Code

                                                     _____
                                                     Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise  result.

USBC-2                                                                                    Rev.06/:5/99